IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN TALAVERA,

    Petitioner,

vs.                               No. CV 18-00452 KG/SCY

FNU LNU, WARDEN, NORTHWEST
NM CORRECTIONAL FACILITY,

    Respondent.

## JUDGMENT

**THIS MATTER** is before the Court under Fed. R. Civ. P. 41(b) on the handwritten letter filed by Petitioner Ruben Talavera, which the Court has construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), and the Court having entered its Memorandum Opinion and Order dismissing the case without prejudice,

**IT IS ORDERED** that **JUDGMENT** is entered and the handwritten letter filed by Petitioner Ruben Talavera, which the Court has construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) is **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b).

_____
UNITED STATES DISTRICT JUDGE